*Monday, March 3, 1997*

# MOTION DOCKET

**95–2635. McClosky v. Regal Mining, Inc.**
Carroll App. No. 650. This cause is pending before the court as an appeal from the Court of Appeals for Carroll County.

IT IS ORDERED by the court, *sua sponte*, that oral argument scheduled for March 4, 1997, be, and hereby is, continued until further order of the court.

**97–233. State ex rel. Rootstown Local School Dist. Bd. of Edn. v. Portage Cty. Court of Common Pleas.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of the motion for leave to intervene of Ohio Association of Public School Employees, American Federation of State, County, and Municipal Employees, Local 4, AFL–CIO, and OAPSE Local 569,

IT IS ORDERED by the court that the motion for leave to intervene be, and hereby is, granted.

# MISCELLANEOUS DISMISSALS

**97–359. State ex rel. SuperAmerica Group, Div. of Ashland, Inc. v. Adzic.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that relator's claim in prohibition be, and hereby is, dismissed. Relator's claim in mandamus remains pending and will proceed pursuant to S.Ct.Prac.R. X. DOUGLAS, J., not participating.